

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Federal Corporation, | | No. 08-16-00095-CV |
| Appellant, | § | |
| v. | | Appeal from the |
| | § | |
| Desiree Truhlar, Carlos Alvarez, Rosendo | | County Court at Law No. 3 |
| Aguilar, Jennifer Butler, Maria T. Ruiz, | § | |
| Auden Tercero, Lucia Cereceres, Roberto | | of El Paso County, Texas |
| Rodriguez, Priscilla Rodriguez and Liberty | § | |
| Mutual Fire Insurance Corporation, | | (TC# 2014DCV1401) |
| | § | |
| Appellees. | § | |

# **O R D E R**

The Court, on its own motion, vacates the September 29, 2016 submission and oral argument setting.   The case will be rescheduled at a later date.

IT IS SO ORDERED this 7th day of September, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.